

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

JOSE CRUZ,
    Petitioner,
v.
KELLY HARRINGTON, Warden,
    Respondent.

Case No. CV 10-8392-VBF (MLG)

JUDGMENT

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: April 28, 2011

_____
Valerie Baker Fairbank
United States District Judge

